```
                    FILED ____ LODGED
                ____ RECEIVED ____ COPY

                     OCT 2 8 2004

                  CLERK U S DISTRICT COURT
                    DISTRICT OF ARIZONA
                BY_____ DEPUTY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Can Pay Mining Incorporated,  )<br>            )<br>         Plaintiff,   )<br>            )<br>    v.      )<br>            )<br>Stanfield Group, et. al.,  )<br>            )<br>         Defendants.  )<br>_____) | No. CIV 04-00556-PHX-SMM<br><br>ORDER TO SHOW CAUSE |

IT IS ORDERED that counsel for the Plaintiff(s) shall APPEAR in person before the Court at 1:45 p.m. on Monday, November 8, 2004 to show good cause:

    __X__    why this case should not be dismissed pursuant to Rule 4(m) with respect to any and all Defendants that have not yet been served in accordance with the provision of Rule 4 of the Federal Rules of Civil Procedure;

IT IS FURTHER ORDERED that the Clerk of the Court shall send copies of this Order to all counsel of record.

DATED this 25 day of October, 2004.

                                    _____
                                    Stephen M. McNamee
                                    Chief United States District Judge